UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**SECURITIES AND EXCHANGE COMMISSION,**
100 F Street, NE
Washington, DC 20549-4010,

                    **Applicant,**

v.

**RICHARD GROSSMAN,**
259 Oakford Street
West Hempstead, NY 11552,

                    **Respondent.**

---

**[PROPOSED] ORDER ON APPLICATION OF SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER TO SHOW CAUSE AND AN ORDER REQUIRING COMPLIANCE WITH COMMISSION SUBPOENA**

The Applicant, Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Order Requiring Compliance with Commission Subpoena, accompanied by a supporting Memorandum of Law and the Declaration of Ivan Snyder with exhibits thereto, and the Court having considered the Application with supporting papers, and good cause being shown, it is hereby;

**ORDERED** that Respondent Richard Grossman appear on _____, 2016, at ____ _.m. before the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC, 20001, Courtroom ____ to show cause, if there be any, why he should not be ordered by this Court to produce documents and provide testimony pursuant to the SEC's Subpoena issued on April 18, 2016;

**IT IS FURTHER ORDERED** that this Order to Show Cause, together with copies of the Application for Order to Show Cause and an Order Requiring Compliance with Commission Subpoena, the Declaration of Ivan Snyder, and proposed Order Requiring Compliance with Commission Subpoena be served upon the Respondent or his

counsel by representatives of the SEC by (i) overnight courier service, or (ii) facsimile with simultaneous U.S. mailing, or (iii) any means reasonably designed to give prompt notice of this Order to Respondent no later than _____, 2016;

**IT IS FURTHER ORDERED** that no later than _____, 2016, Respondent shall deliver to the SEC by (i) overnight courier service, or (ii) facsimile with simultaneous U.S. mailing, and file with this Court, any statement of points and authorities and other papers in opposition to the Application; and

**IT IS FURTHER ORDERED** that no later _____, 2016, the SEC shall deliver to Respondent by (i) overnight courier service, or (ii) facsimile with simultaneous U.S. mailing, and file with this Court, any reply papers in further support of the Application.

**SO ORDERED** this _____, 2016.

_____
United States District Judge

**Copies to:**

| **Applicant**: | **Respondent:** |
|---|---|
| Christian Schultz (DC Bar # 485557) | John Arlia, Esq. |
|   Assistant Chief Litigation Counsel | Wenger & Arlia LLP |
| Scott Friestad | 20 Vesey Street, Room 210 |
|   Associate Director | New York, NY 10007 |
| David Frohlich (DC Bar # 425928) | john@nyclawservices.com |
|   Assistant Director | 212-556-6262 |
| Ivan Snyder (DC Bar # 498461) | |
|   Staff Attorney | Attorney for Respondent |
| Securities and Exchange Commission | |
| 100 F Street, N.E. | Richard Grossman |
| Washington, D.C. 20549-4010 | 259 Oakford Street |
| (202) 551-4740 (Schultz) | West Hempstead, NY 11552 |
| schultzc@sec.gov | richard@adamsmithco.com |
| | 516-505-7707 |
| Attorneys for Applicant | |